## OLD KENT MORTGAGE SERVICES, INC., ET AL. *v.* DORIS FORD ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 24300) is dismissed.

PALMER, J., did not participate in the consideration or decision of this petition.

*Raymond J. Devlin, Jr.*, in support of the petition.

*Matthew B. Woods*, in opposition.

Decided March 30, 2004

## STATE OF CONNECTICUT *v.* DAVID BJORKLUND

The defendant's petition for certification for appeal from the Appellate Court, 79 Conn. App. 535 (AC 23135), is denied.

*Adele V. Patterson*, assistant public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided April 7, 2004

## J. WILLIAM GAGNE, JR. *v.* ENRICO VACCARO

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 436 (AC 22872), is denied.

BORDEN and PALMER, Js., did not participate in the consideration or decision of this petition.

*Enrico Vaccaro*, pro se, in support of the petition.

*P. Jo Anne Burgh*, in opposition.

Decided April 7, 2004